KIRK C. CHAMBERLIN (SBN 132946)
kchamberlin@ckbllp.com
CHAMBERLIN KEASTER & BROCKMAN LLP
16000 Ventura Boulevard, Suite 700
Encino, California 91436-2758
Telephone: (818) 385-1256
Facsimile: (818) 385-1802

Attorneys for Plaintiff Chubb Custom Insurance Company

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division

MICHAEL C. AUGUSTINI (DC Bar No. 452526)
michael.augustini@usdoj.gov
MARTHA C. MANN (FL Bar No. 1559050)
martha.mann@usdoj.gov
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone:  (202) 616-6519
Facsimile:  (202) 514-8865

Attorneys for Defendant United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case Nos. CV 13-1158-GW(MRWx)<br><br>**SETTLEMENT ORDER AND FINAL JUDGMENT**<br><br>Date: July 17, 2014, 8:30 AM<br>Courtroom: 10, Spring Street<br>Judge:  George H. Wu |

    Upon consideration of the Parties' Joint Motion To Enter, the Memorandum, and other pleadings submitted, as well as the terms of the Consent Decree between Plaintiff Chubb Custom Insurance Company ("Chubb") and Defendant United States of America ("United States"), collectively referred to as "the Parties," the Court

hereby finds that the Parties' Consent Decree is fair and reasonable, both procedurally and substantively, consistent with the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") and other applicable law, in good faith, and in the public interest. Accordingly, the foregoing Consent Decree is hereby APPROVED.

As per Paragraph 6 of the Consent Decree, the United States is entitled to contribution protection pursuant to section 113(f) of CERCLA, 42 U.S.C. § 9613(f), the Uniform Comparative Fault Act, and any other applicable provision of federal or state law, whether by statute or common law, extinguishing the United States' liability as set forth in the Consent Decree.

Upon entry of the Consent Decree, all of Chubb's claims against the United States in this action, whether alleged in the complaint, or otherwise, shall be dismissed with prejudice, as provided in the Consent Decree. Similarly, upon entry of the Consent Decree, all of the United States' claims against Chubb in this action, whether alleged in the complaints, or otherwise, shall be dismissed with prejudice, as provided in the Consent Decree.

There being no just reason for delay, this Court directs entry of final judgment in accordance with the terms of the Consent Decree and this Order. The Parties shall each bear their own costs, expenses, and attorneys' fees.

SIGNED, SO ORDERD, and ENTERED this 19th day of June, 2014.

_____
George H. Wu
United States District Judge